IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PILEPRO, LLC, PILEPRO SALES
CORPORATION, BLUE EMERALD,
INC., PILEPRO STEEL, LP,
ROBERTO R. WENDT,
        Plaintiffs,

-vs-

HUMPHREY CHANG, RICHARD
HEINDL, MATTHIAS WEIGEL,
STEELWALL, GMBH,
        Defendants.

CAUSE NO.:
A-12-CA-00829-SS

# JUDGMENT

BE IT REMEMBERED on this day the Court entered its findings of fact and conclusions of law following a bench trial. Thereafter, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Counter-Plaintiff Heindl is a 34.5% shareholder in PilePro Sales Corp.;

IT IS ORDERED, ADJUDGED, and DECREED that Counter-Plaintiff Heindl was a 34.5% member of PilePro LLC until his interest was transferred to Counter-Plaintiff Steelcom Limited;

IT IS ORDERED, ADJUDGED, and DECREED that Counter-Plaintiff Steelcom Limited is a 34.5% member of PilePro LLC;

IT IS ORDERED, ADJUDGED, and DECREED that Contexo is wholly or partially owned by PilePro LLC, Enrico Farroni, and Roland Harzenmozer;

IT IS ORDERED, ADJUDGED, and DECREED that the March 25, 2010 Assignment Agreement was valid;

IT IS ORDERED, ADJUDGED, and DECREED that Contexo is the lawful owner of all the non-U.S. patents at issue in this lawsuit;

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiffs PilePro LLC, PilePro Sales Corp., Blue Emerald, Inc., PilePro Steel, LP, and Roberto Wendt TAKE NOTHING on their remaining claims against the defendants, and that Counter-Plaintiffs Richard Heindl and Steelcom Limited TAKE NOTHING on their remaining counterclaims against Wendt and the counter-defendants;

IT IS ORDERED, ADJUDGED, and DECREED that each party shall bear their own attorneys' fees and costs.

SIGNED this the 20th day of January 2016.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE