UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| PILERO LLC, PILEPRO SALES CORPORATION, BLUE EMERALD, INC., f/k/a PILEPRO INC., PILEPRO STEEL, L.P., and ROBERTO R. WENDT,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMPHREY CHANG, RICHARD HEINDL, MATTHIAS WEIGEL, and STEELWALL, GMBH,<br><br>Defendants.<br><br>RICHARD HEINDL and STEELCOM LTD.,<br><br>Counterclaimants,<br><br>vs.<br><br>ROBERTO R. WENDT, IAN MORGAN, ROBERT P. YOUNGMAN, ROBERT P. YOUNGMAN, as Trustee of the WILLIAM S. YOUNGMAN TRUST 1, for the benefit of ELSIE Y. HULL, ROBERT P. YOUNGMAN as Trustee of the WILLIAM S. YOUNGMAN TRUST 2, for the benefit of WILLIAM S. YOUNGMAN III, MIKE FEIFAREK, MATT FEIFAREK, MARTIN DOUDOROFF, STACIE BRYAN and ROES 1 through 10, inclusive,<br><br>Counterdefendants. | Case No. 12:cv-00829-SS<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT** |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Defendant and Counterclaimant RICHARD HEINDL and Counterclaimant STEELCOM LTD. appeal to the United States Court of Appeals for the Firth Circuit from the Judgment (Dkt. #191) of the District Court for the District of the Western District of Texas – Austin Division, entered in this case on January 21, 2016 ("Judgment").

The Judgment was entered concurrently with the Court's filing of its findings of fact and conclusions of law (Dkt. #190) following a bench trial on October 20, 21, 22 and 26, 2015.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiffs:

PILERO LLC, PILEPRO SALES CORPORATION, BLUE EMERALD, INC., f/k/a PILEPRO INC., PILEPRO STEEL, L.P., and ROBERTO R. WENDT.

Represented by:
THE BROWN FIRM, PLLC
Andrew S. Brown
Ashley Applewhite
P.O. Box 6061
Austin, Texas 78702

GEORGE, BROTHERS, KINCAID & HORTON, L.L.P.
R. James George, Jr.
1100 Norwaood Tower
114 W. 7th Street
Austin, Texas 78701

Defendants:

HUMPHREY CHANG, RICHARD HEINDL, MATTHIAS WEIGEL, and STEELWALL, GMBH.

Represented by:
CALLARI & SUMMERS
Andrew C. Callari (CA State Bar No. 159003, admitted *pro hac vice*)
34197 Pacific Coast Hwy., Suite 100
Dana Point, California 92629

      LAW OFFICE OF DOUGLASS D. HEARNE, JR.
      Douglass D. Hearne, Jr.
      901 S. Mopac
      Building V, Suite 200
      Barton Oaks Plaza
      Austin, Texas 78746

      THE LAW OFFICE OF GEORGE MOSCHOPOULOS
      George Moschopoulos (CA State Bar No. 249905, admitted *pro hac vice*)
      34197 Pacific Coast Hwy., Suite 100
      Dana Point, California 92629

Counterclaimants:

RICHARD HEINDL and STEELCOM, LTD.

Represented by:
      CALLARI & SUMMERS
      Andrew C. Callari (CA State Bar No. 159003, admitted *pro hac vice*)
      34197 Pacific Coast Hwy., Suite 100
      Dana Point, California 92629

      LAW OFFICE OF DOUGLASS D. HEARNE, JR.
      Douglass D. Hearne, Jr.
      901 S. Mopac
      Building V, Suite 200
      Barton Oaks Plaza
      Austin, Texas 78746

      THE LAW OFFICE OF GEORGE MOSCHOPOULOS
      George Moschopoulos (CA State Bar No. 249905, admitted *pro hac vice*)
      34197 Pacific Coast Hwy., Suite 100
      Dana Point, California 92629

Counterdefendants and Third-Party Defendants:

ROBERTO R. WENDT, IAN MORGAN, ROBERT P. YOUNGMAN, ROBERT P. YOUNGMAN, as Trustee of the WILLIAM S. YOUNGMAN TRUST 1, for the benefit of ELSIE Y. HULL, ROBERT P. YOUNGMAN as Trustee of the WILLIAM S. YOUNGMAN TRUST 2, for the benefit of WILLIAM S. YOUNGMAN III, MIKE FEIFAREK, MATT FEIFAREK, and MARTIN DOUDOROFF. [Note: STACIE BRYAN was dismissed prior to trial.]

- 4 -

    Represented by:
        THE BROWN FIRM, PLLC
        Andrew S. Brown
        Ashley Applewhite
        P.O. Box 6061
        Austin, Texas 78702

        GEORGE, BROTHERS, KINCAID & HORTON, L.L.P.
        R. James George, Jr.
        1100 Norwaood Tower
        114 W. 7th Street
        Austin, Texas 78701


DATE:  February 19, 2016            By:  /s/  Andrew C. Callari
                                            Andrew C. Callari
                                            CA State Bar No. 159003
                                            Lead Counsel for Defendants and Counterclaimants

DATE: February 19, 2016


By:   /s/  Andrew C. Callari
Andrew C. Callari, CA State Bar No. 159003
CALLARI & SUMMERS
34197 Pacific Coast Hwy., Suite 100
Dana Point, California 92629
Telephone: (714) 371-4110
Facsimile: (714) 882-7915
ac@callarisummers.com

Lead Counsel for Defendants and Counterclaimants


Douglass D. Hearne, Jr.
Associate Counsel / Local Counsel
LAW OFFICE OF DOUGLASS D. HEARNE, JR.
901 S. Mopac
Building V, Suite 200
Barton Oaks Plaza
Austin, Texas 78746
(512) 494-8811
(512) 494-8819 - fax
dhearne@hearnelaw.com

George Moschopoulos, CA State Bar No. 249905
Associate Counsel
THE LAW OFFICE OF GEORGE MOSCHOPOULOS
34197 Pacific Coast Hwy., Suite 100
Dana Point, California 92629
Telephone:      (714) 904-1669
Facsimile:      (714) 272-0428
georgem@logmapc.com


Co-Counsel for Defendants and Counterclaimants

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served on February 19, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system, per Local Rule CV-5.

**In this action, Case No. 1:12-cv-00829-SS, notice will be electronically mailed to:**

Andrew S. Brown     abrown@andybrownlaw.com; firm@andybrownlaw.com; nkros@andybrownlaw.com

Rebecca Ashley Applewhite     ashleyapple@gmail.com

R. James George , Jr     rjgeorge@gbkh.com, fjordan@gbkh.com, receptionist@gbkh.com

Executed this 19th day of February 2016.


By:    /s/  Andrew C. Callari

Andrew C. Callari
CA State Bar No. 159003
Lead Counsel for Defendants and Counterclaimants